**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

DANY COC CAAL,

Petitioner,

v. No. 26-cv-2086-KWR-KRS

WARDEN, *et al*,

Respondents,

**ORDER OF DISMISSAL**

This matter is before the Court following Petitioner's failure to amend the opening 28 U.S.C. § 2241 Habeas Petition as directed. Petitioner was an immigration detainee when this case was filed and is proceeding *pro se*. The opening Petition (Doc. 1) consists of one paragraph. It states that Petitioner has been detained for three months and wishes to voluntarily depart the United States. The opening Petition does not clarify the requested remedy under 28 U.S.C. § 2241; set forth facts supporting relief; or explain the basis for Petitioner's detention.

By an Order entered July 31, 2026, the Court directed Petitioner to file an amended petition that provides more details about why any detention is illegal. *See* Doc. 3. The Order includes instructions on what information to provide in the amendment. This includes what process Petitioner has received so far and whether the immigration court entered a removal order or denied bond. The Order warns that the failure to timely amend may result in dismissal without further notice.

The deadline to file an amended § 2241 petition expired on August 21, 2026. Petitioner did not comply or show cause for this failure. The Order was returned as undeliverable with a notation

that Petitioner is no longer at the address of record, and Petitioner has not provided an updated address as required by D.N.M. LR-Civ. 83.6. Accordingly, the Court will dismiss this case and the opening Petition without prejudice pursuant to Fed. R. Civ. P. 41(b) for "failure to prosecute [and] comply with the … court's orders." *Olsen v. Mapes,* 333 F.3d 1199, 1204 n. 3 (10th Cir. 2003).

**IT IS ORDERED** that Petitioner's Habeas Petition Under 28 U.S.C. § 2241 (**Doc. 1**) is **DISMISSED without prejudice**; and the Court will enter a separate judgment closing the civil habeas case.

**SO ORDERED**.

/S/
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE